UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREI LUCHKIN,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No. 1:26-cv-02583-DAD-CSK

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. Nos. 1, 14)

Petitioner Andrei Luchkin, A-File No. 246-735-650, is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 30, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 14.) Specifically, the magistrate judge found that petitioner obtained a liberty interest in his continued release after he was released from immigration detention in February 2023, and that consideration of the *Mathews* factors weigh in favor of finding that petitioner's re-detention absent a pre-deprivation bond hearing entitles him to relief on his due process claims. (Doc. No. 14 at 5–8.) The pending findings and recommendations were served on the parties and contained

1

notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 10.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.      The findings and recommendations filed on April 30, 2026 (Doc. No. 14) are ADOPTED;

2.      Petitioner's petition for writ of habeas corpus (Doc. No. 1), is GRANTED as follows:

a.      Respondents are ORDERED to immediately release petitioner Andrei Luchkin, A-File No. 246-735-650, from respondents' custody under the same conditions he was subject to prior to his re-detention;

b.      Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge;

3.      The Clerk of the Court is directed to serve the California Correctional Center with a copy of this order; and

4.      The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:    **May 13, 2026**                           _____
                                                                        DALE A. DROZD
                                                                        UNITED STATES DISTRICT JUDGE

2